In the
# United States Court of Appeals
### For the Sixth Circuit

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CASE NO. 19-3543 |
|     APPELLEE ) | Consolidated Case No. 19-3540 |
| vs. ) | |
| ) | |
| **EDUARDO RIOS VELASQUEZ** ) | **MOTION FOR RULING ON APPELLANT'S** |
|     APPELLANT ) | **REQUEST FOR PANEL REHEARING** |
| ) | of Eduardo Rios Velasquez |
| ) | |
| ) | |
| _____) | |

Now comes Appellant Eduardo Rios Velasquez, by and through his CJA attorney, Richard P. Kutuchief, and does here move this Court for a ruling on his Petition for Rehearing.

On September 17, 2020, Mr. Rios Velasquez did petition this Court for two requests, one for a Hearing *en banc* per *Appellate Rule 35* and one for a Panel Rehearing per *Appellate Rule 40*. On November 18, 2020, this court did issue an ORDER stating that "The court received a petition for rehearing en banc." The Court denied the Petition *en banc.* The Court did not rule on the request of Mr. Rios Velasquez for a Panel Rehearing.

*Appellate Rule 40* provides that a Petition for Panel Rehearing may be filed and requested within 14 days after entry of judgment and Mr. Rios Velasquez timely made such a request. This rule requires that the petition state with particularity each point of law or fact that the petitioner believes the court has overlooked or misapprehended and

must argue in support of the petition.  Mr. Rios Velasquez supported his Panel Hearing request according to *Rule 40*.

A Petition for rehearing *en banc* differs from a Panel Rehearing as it requests the whole Court to review the matter and absent the full Court wishing to look at the case, a Petition for hearing by the whole Court is denied as it was here.  A *Rule 40* rehearing is a request of the petition for the original panel to review the decision as argued according to the foundation required in the rule.

This Court did also make a correction of a clerical error and issued an opinion with the correction.

In that the Court did not rule on the Request for Panel Rehearing in accord to *Rule 40*, Mr. Rios Velasquez respectfully asks that this Court review his Petition for Panel Rehearing and rule on his Petition.

𝔚𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, Appellant Eduardo Rios Velasquez Requests determination on his Petition for Panel Rehearing as submitted.

                                      Respectfully submitted,

                                      /s/ *Richard P. Kutuchief*
                                      **RICHARD P. KUTUCHIEF/0025199**
                                      Attorney for Appellant Eduardo Rios Velasquez
                                      𝔗𝔥𝔢 𝔎𝔉𝔞𝔯𝔪
                                      3351 Cormany Road
                                      Coventry Township, Ohio 44319
                                      330.762.1134
                                      justuse@aol.com

## Proof of Service

    I hereby certify that on this 19th day of November, 2020, a copy of the foregoing was filed electronically. Parties may access this filing through the court's system. Notice of this filing will be sent by operation of the court's electronic filing system.

*s/ Richard P. Kutuchief*
_____
**RICHARD P. KUTUCHIEF/0025199**